Law Office of Philip H. Lowenthal
By: JACOB K. LOWENTHAL (9945)
33 North Market Street, Suite 101
Wailuku, Maui, Hawai'i 96793
Telephone:  (808) 242-5000
Facsimile:   (808) 242-1500
Email:       jkl@lowenthal-hawaii.com

PANDORA E. PALMER (7548)
80 Macon St.
McDonough, GA 30253
Telephone: (678) 432-9958
Email:       pandora@pandoralaw.com

Attorneys for Plaintiffs
TAMMY PAIR and CHRIS PAIR

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| TAMMY PAIR and CHRIS PAIR,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>KIPU RANCH ADVENTURES, LLC;<br>JOHN DOES 1-20; JANE DOES 1-20;<br>DOE PARTNERSHIPS 1-20; DOE<br>CORPORATIONS 1-20 AND DOE<br>ENTITIES 1-20,<br><br>　　　　　　　　　　Defendants. | CIV NO 16-00139 JMS-KSC<br><br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE OF ALL<br>CLAIMS AND PARTIES; ORDER |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND
PARTIES**

　　　Plaintiffs TAMMY PAIR and CHRIS PAIR, and Defendant KIPU RANCH

ADVENTURES, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P.

Rule 41(a)(1)(A)(ii) and LR 41.1, hereby stipulate that all claims and causes of action asserted herein by Plaintiff be and are hereby dismissed with prejudice.

The parties agree to bear their own attorneys' fees and costs. There are no remaining claims, parties, and/or issues.

DATED: Wailuku, Maui, Hawai'i, December 04, 2017.

/s/ Jonathan L. Ortiz  
JONATHAN L. ORTIZ  
Attorneys for Defendant

/s/ Jacob K. Lowenthal  
JACOB K. LOWENTHAL  
PANDORA PALMER  
Attorneys for Plaintiffs  
TAMMY PAIR and CHRIS PAIR

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, December 4, 2017.



/s/ J. Michael Seabright  
J. Michael Seabright  
Chief United States District Judge